UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 4:17-CR-101-BLW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER ON MOTION TO DISMISS WITHOUT PREJUDICE** |
| DOUGLAS PAUL MCATEER, | |
| Defendant. | |

Pending before the Court is the government's unopposed motion to dismiss the indictment without prejudice (Dkt. 19). Having considered the record in this matter, the Court hereby orders the following:

NOW THEREFORE IT IS HEREBY ORDERED, that the Motion to Dismiss (Dkt. 19) is GRANTED.

DATED: October 20, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court